PER CURIAM.
Affirmed. Helman v. Seaboard Coast Line Railroad, 349 So.2d 1187, 1189 (Fla. 1977); Tiny’s Liquors, Inc. v. Davis, 353 So.2d 168, 169 (Fla. 3d DCA 1977); Menard v. O’Malley, 327 So.2d 905 (Fla. 3d DCA 1976); Butler v. Gateway Insurance Co., 295 So.2d 651 (Fla. 3d DCA 1974); Winn-Dixie Stores, Inc. v. Miller, 220 So.2d 680, 682 (Fla. 4th DCA 1969); Grand Union Co. v. Devlin, 213 So.2d 488 (Fla. 3d DCA 1968); cert. denied, 222 So.2d 750 (Fla.1969); Jenkins v. Brackin, 171 So.2d 589, 591 (Fla. 2d DCA 1965).